ORIGINAL  152008

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 07-15486(M)
 )
BRYAN A. SLOMOVITZ, ) Chapter 7
 )
 )
 Debtor(s) ) Judge: Pat E. Morgenstern-Clarren

**TRANSMITTAL OF UNCLAIMED FUNDS**

Marvin A. Sicherman, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| | | | |
|---|---|---|---|
| Claim No. 6 | U.S. Department of Education<br>P.O. Box 13328<br>Richmond, VA 23325 | $254.87 | CK# 118 |
| Claim No. 8 | U.S. Department of Education<br>(same as above) | $249.62 | |

2. Your trustee's check for $504.49 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: March 1, 2011

_____
Marvin A. Sicherman, Trustee

cc: United States Trustee